ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-782-6000
Facsimile: 415-782-6011
E-Mail: adam@gasnerlaw.com

Attorney for Defendant
NICHOLAS ALAN HODGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS ALAN HODGES,<br><br>　　　　Defendant. | Case No: 17-CR-00354 WHO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE &<br><br>ORDER. |

THE PARTIES STIPULATE AS FOLLOWS:

The status conference set for Thursday, January 4, 2018 at 1:30 PM may be continued to Thursday March 1, 2018 at 1:30 PM to allow further defense investigation and anticipated review of protected evidence. The parties further stipulate that pursuant to the Speedy Trial Act, time should continue to be excluded up until and including the new date of the status conference on March 1, 2018 for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

1. The United States of America has no objection.

1

Stipulation/Order
17-CR-00354 WHO

SO STIPULATED AND AGREED:

DATED: December 22, 2017          /s/ *Adam G. Gasner*
                                        Adam G. Gasner, Esq.
                                        Attorney for Defendant
                                        NICHOLAS ALAN HODGES

DATED: December 22, 2017          /s/ *Sailaja Paidipaty*
                                          Sailaja Paidipaty, Esq.
                                          Attorney for Plaintiff
                                          UNITED STATES OF AMERICA

**ORDER**

IT IS HEREBY ORDERED that the status conference set for Thursday, January 4, 2018 at 1:30 PM shall be continued to Thursday, March 1, 2018 at 1:30 PM. It is further ordered that pursuant to the Speedy Trial Act, time shall continue to be excluded up until and including the new date of the status conference on March 1, 2018 for effective preparation of counsel per 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: December __28__, 2017

                                   HON. WILLIAM H. ORRICK
                                   United States District Judge

GASNER CRIMINAL LAW
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102