
1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   SAILAJA M. PAIDIPATY (NYBN 5160007)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6821
       sailaja.paidipaty@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           )   NO. CR 17-354-WHO
                                       )
14         Plaintiff,                  )
                                       )
15    v.                               )   **STIPULATION AND ORDER TO**
                                       )   **CONTINUE SENTENCING HEARING FROM**
16 NICHOLAS ALAN HODGES,               )   **MAY 16, 2019, TO JUNE 20, 2019**
                                       )
17         Defendant.                  )
                                       )
18                                     )

19

20     On February 7, 2019, Defendant Nicholas Alan Hodges pled guilty to all three counts of the

21 Indictment in the above-captioned case. At that time, a sentencing hearing was scheduled for May 16,

22 2019 at 1:30 p.m.

23     Due to scheduling conflicts, the parties jointly agree and request that the sentencing hearing be

24 continued from May 16, 2019 to June 20, 2019 at 1:30 p.m. Probation Officer Karen Mar is available at

25 //

26 //

27 //

28 //

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-354 WHO

that time. The defendant is currently released on bond.

SO STIPULATED:

|  |  |
|---|---|
|  | DAVID L. ANDERSON<br>United States Attorney |
| DATED: May 15, 2019 | \_\_\_\_\_/s/_____<br>SAILAJA M. PAIDIPATY<br>Assistant United States Attorney |
| DATED: May 15, 2019 | \_\_\_\_/s/_____<br>ADAM G. GASNER<br>Attorney for the Defendant |

**ORDER**

Based on the stipulation of the parties above, the IT IS HEREBY ORDERED THAT the sentencing hearing is continued until June 20, 2019 at 1:30 p.m.

DATED: _May 15, 2019_  
_____  
HON. WILLIAM H. ORRICK  
United States District Judge

STIPULATION AND PROPOSED ORDER  
CASE NO. CR 17-354 WHO